IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAYMOND D. HARDY,　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #145980

v.　　　　　　　　No. 4:14-cv-288-DPM-JTK

MARY D. MITCHELL, Officer,
Wrightsville Unit, ADC　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

Hardy's motion to dismiss, № 5, granted. His claims against Mitchell are dismissed without prejudice.

So Ordered.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　D. P. Marshall Jr.
　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　14 August 2014