IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAYMOND D. HARDY,     PLAINTIFF
ADC #145980

v.     No. 4:14-cv-288-DPM

MARY D. MITCHELL, Officer,
Wrightsville Unit, ADC     DEFENDANT

## JUDGMENT

Hardy's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

14 August 2014